IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIO CESAR GUTIERREZ-JARAMILLO, | Civil No. 3:15-cv-1832 |
| Petitioner | (Judge Mariani) |
| v. | |
| WARDEN S. SPAULDING, | |
| Respondent | |

## ORDER

**AND NOW**, this 15th day of October, 2017, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for a writ of habeas corpus (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge